IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cr16

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| NATHANIEL RORIE | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the government to dismiss Count Three of the information with prejudice, pursuant to Fed. R. Crim. P. 48(a). (Doc. No. 17).

**IT IS, THEREFORE, ORDERED** that the government is granted leave to dismiss Count Three only of the information in the above captioned case with prejudice.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: June 29, 2009

Robert J. Conrad, Jr.
Chief United States District Judge